[No. 24432-6-III.   Division Three.   July 24, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. M.A.R., *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 05-8-00755-0, James P. Hutton, J., entered July 20, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Kulik, JJ.

[No. 25307-4-III.   Division Three.   July 24, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JORGE ANTONIO PEREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 05-1-01071-5, Vic L. VanderSchoor, J., entered May 17, 2006. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 34210-3-II.   Division Two.   July 25, 2007.]

*In the Matter of the Estate of* DORIS LANE BEARDEN.

JEROME BEARDEN, *Petitioner*, v. GARLAND BEARDEN, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-4-01442-6, Ronald E. Culpepper and Thomas Felnagle, JJ., entered November 18, 2005. *Dismissed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Hunt, JJ.

[No. 34326-6-II.   Division Two.   July 25, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. LERON FORD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 86-1-00952-5, Vicki L. Hogan, J., entered January 12, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Penoyar, JJ.